UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: BARCELON, Luis & Agnes,

Debtor(s)

Chapter 13
Case No. 08-5-7592 MM

**OBJECTION TO CLAIM & NOTICE OF OPPORTUNITY FOR HEARING WITH CERTIFICATE OF SERVICE**

CLAIMANT: Wells Fargo Home Mtge.
CLAIM NO: 2

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim):
* Wells Fargo Home Mtge.
* Attn.: Officer, managing, or gen. agent
* 4375 Jutland Dr., #200
* P.O. Box 17933
* San Diego, CA 91227-0933

DOLLAR AMT: 306,283.06
DATE FILED: Jan., 2009

The basis for the objection is that the claim:

____ duplicates claim no. _____ filed on _____ by _____.
____ does not include a copy of the underlying judgment.
____ does not include a copy of the security agreement and evidence of perfection.
____ fails to assert grounds for priority.
____ does not include a copy of the assignment(s) upon which it is based.
____ appears to include interest or charges accrued after the filing of this case on _____.
____ is not timely filed.
**X** Post-petition atty's. fees of $350.00 not allowed.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
**X** allowed as a secured claim in the amount of: $ 304,157.11 as direct
____ allowed as an unsecured claim in the amount of: $
____ allowed as a priority claim in the amount of: $
____ disallowed in its entirety
**X** 1,775.95 as arrears

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the initiating party within twenty (20) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and 4) that the initiating party will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: March 24, 2009

/s/ James M. Lauderdale
Debtor(s) or Attorney for Debtor(s)
James M. Lauderdale #59640
150 Carmelito Avenue
Monterey, CA 93940
Tel: (831) 646-1306

DEBTOR'S ADDRESS:
* Luis & Agnes Barcelon
* 1288 Luxton Street
* Seaside, CA 93955

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 150 Carmelito Ave., Monterey, CA. I served this Objection to Claim and Notice of Opportunity for Hearing by first class United States mail, postage pre-paid, at Monterey, California on the date noted below and addressed to the Claimant above, and on those listed below. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2009 at Monterey, California.

/s/ Louise M. Flesvig

* Wells Fargo Home Mtge.
* Attn.: Officer, managing, or gen. agent
* 4375 Jutland Dr., #200
* P.O. Box 17933
* San Diego, CA 91227-0933