LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE  59640
DEVIN L. PACE  256514
150 Carmelito Avenue
Monterey, CA  93940
(831) 646-1306
 Fax  646-1615

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  BARCELON, Luis and Agnes,

    Debtor(s).
_____/

No:  08-5 7592 MM
Chapter 13

**PREHEARING CONFERENCE STATEMENT ON OBJECTION TO CONFIRMATION OF PLAN**

Date:  April 24, 2009
Time:  10:00 a.m.

    JAMES M. LAUDERDALE, on behalf of the debtor above named, hereby offers the following as the prehearing conference statement on the objection to confirmation of plan filed by DEVIN DERHAM-BURK, Ch. 13 Trustee.

    **Statement of Remaining Factual and Legal Issues:**  A certificate of service was filed on Feb. 20, 2009 to resolve point 1 of the trustee's objection and the debtors have provided a copy of the Trust Agreement as requested in point 2 of the objection.  It is expected the trustee will either withdraw her objection or further object.

Dated: April 6, 2009                    LAUDERDALE LAW OFFICE

                                           By   /s/  James M. Lauderdale
                                               Bar No.  59640