LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE  59640
150 Carmelito Avenue
Monterey, CA  93940
(831) 646-1306
 Fax  646-1615

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:   BARCELON, Luis and Agnes,<br><br>          Debtors.<br>_____ | No:  08-57592 CN<br>R.S. No.:  KLJ 216<br>Chapter 13<br><br>**RESPONSE TO MOTION FOR RELIEF FROM STAY**<br><br>Date:  Sept. 7, 2011<br>Time:  3:00 |

Debtors' counsel is not available for this stay relief hearing.

This counsel has made contact with the movant and understands that there is an agreement that if the matter is not resolved by the time of the hearing, that it will be continued to the next hearing date that debtors' counsel is available.  That next hearing date will be September 20, 2011.

| | |
|---|---|
| Dated: August 30, 2011 | LAUDERDALE LAW OFFICES<br><br>By  /s/  James M. Lauderdale<br>         Bar No.  59640 |